# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO YEVERINO, | **14-cv-1167 --- GSA** |
| Plaintiff, | |
| | **ORDER GRANTING IFP** |
| v. | |
| | **(Doc. 3)** |
| ESTEBAN MUNOZ, | |
| Defendant. | |

Defendant, Esteban Munoz ("Defendant"), filed a Notice of Removal on July 28, 2014 and an application to proceed in forma pauperis on that same day. (Docs. 1 and 3). Defendant has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:  **August 1, 2014**            **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

1