# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO YEVERINO,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN MUNOZ,<br><br>Defendants. | No. 1:14-cv-1167 --- GSA<br><br>**ORDER QUASHING SUBPOENA ISSUED TO WELLS FARGO HOME MORTGAGE ON AUGUST 1, 2014** |

This Court hereby *sua sponte* quashes the subpoena issued on August 1, 2014, to Wells Fargo Home Mortgage Inc., 1003 East Brier Dr., San Bernadino, California 92048, pursuant to the Federal Rules of Civil Procedure 45(3)(A)(iii). On August 4, 2014, this Court remanded this case back to the Fresno County Superior Court based on a lack of subject matter jurisdiction. (Doc 8). Accordingly, Wells Fargo Home Mortgage shall disregard the subpoena and need not provide the requested documents or otherwise respond to the subpoena.

The Clerk of the Court shall serve this order on Esteban Munoz and Humberto Yeverino. The Clerk of the Court shall also serve this order on Daniella Marie Cain, Branch Manager (or her designee), 1003 East Brier Drive, San Bernadino, California 92408.

IT IS SO ORDERED.

Dated:   **August 5, 2014**                    **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE

1