**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMBERTO YEVERINO,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN MUNOZ,<br><br>Defendants. | No. 1:14-cv-1167 --- GSA<br><br><br><br>**SEALING ORDER**<br><br>(Doc. 6) |

This Court of the Court is hereby directed to seal Document 6 in this case as it contains sensitive information.

IT IS SO ORDERED.

   Dated: __August 5, 2014__            __/s/ Gary S. Austin__
                                                        UNITED STATES MAGISTRATE JUDGE